United States District Court
Western District of Missouri

Lacey Kurt Paige
    Plaintiff

vs.    Case No. 17-03415-CV-SBP-P

Steve Howell, et al.,
    Defendant

Change of Address Notification

Plaintiff hereby notifies the Clerk of Court that his new address is as follows:

Lacey K. Paige
1314 Park Apt. C
St. Louis, Mo. 63104

*Lacey K. Paige*

8-11-2020