# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| LACEY KURT PAIGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17-03415-CV-S-BP |
| ) | |
| STEVE HOWELL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER DIRECTING PLAINTIFF TO FILE STIPULATION OF DISMISSAL OR SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

In May 2021, the Court was advised that the sole remaining claim – Plaintiff's retaliation claim against Defendant Michael Bowersox – had been resolved. However, a Stipulation of Dismissal has not been filed and the case remains pending. The Court has informally contacted Plaintiff on several occasions and has been advised that a stipulation was forthcoming, but none has been filed. More recently, the Court's informal inquiries have not received a response.

Accordingly, Plaintiff shall file either a Stipulation of Dismissal or show cause why the case should not be dismissed. Plaintiff's response must be filed (not simply mailed) on or before September 27, 2021. Failure to respond will result in the case being dismissed.

**IT IS SO ORDERED.**

DATE: September 17, 2021

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT